IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: BEN L. YOUNG    &    )    Case No. 15-
    MARSHA YOUNG              )
                                                  )
                            Debtors.    )    Chapter 13

## AFFIDAVIT

I, Ben L. Young and I, Marsha Young, do hereby attest that the facts and information contained in our Motion for Continuation of Automatic Stay filed herein on September ___,2015 are true, accurate and correct to the best of our knowledge and belief.

_____
Ben L. Young, Debtor

_____
Marsha Young, Co-debtor

STATE OF OKLAHOMA
COUNTY OF OKLAHOMA

Signed and attested before me on this_____ day of September, 2015

My Commission Expires: _11-6-2016_

My Commission Number: _12010607_

_____
Notary Public