```
Label Matrix for local noticing          Capital Recovery V, LLC                    Oklahoma Employment Security Commission
1087-5                                   c/o Recovery Management Systems Corporat   PO Box 53039
Case 15-13543                            25 SE 2nd Avenue, Suite 1120               Oklahoma City, OK 73152-3039
Western District of Oklahoma             Miami, FL 33131-1605
Oklahoma City
Wed Sep 23 20:55:35 CDT 2015

(p)OKLAHOMA TAX COMMISSION               USBC Western District of Oklahoma          BANCFIRST-GUTHRIE
GENERAL COUNSEL S OFFICE                 215 Dean A. McGee                          202 West Oklahoma
100 N BROADWAY AVE SUITE 1500            Oklahoma City, OK 73102-3426               P.O. Box 160
OKLAHOMA CITY OK 73102-8601                                                         Guthrie OK 73044-0160


CRESCENT MANAGEMENT                      (p)INTERNAL REVENUE SERVICE                MERCY HOSPITAL LOGAN COUNTY
P.O. Box 242                             CENTRALIZED INSOLVENCY OPERATIONS          P.O. Box 2580
Crescent OK 73028-0242                   PO BOX 7346                                Springfield MO 65801-2580
                                         PHILADELPHIA PA 19101-7346


OKLAHOMA TAX COMMISSION                  (p)PRESTIGE FINANCIAL SERVICES             Recovery Management Systems Corporation
LEGAL DIVISION                           PO BOX 26707                               25 S.E. 2nd Avenue, Suite 1120
P.O. Box 26960                           SALT LAKE UT 84126-0707                    Miami, FL 33131-1605
Oklahoma City OK 73126


Ross Dewbree                             U.S. Trustee                               US DEPT OF EDUCATION-DIRECT LOANS
Attorney at Law                          United States Trustee                      P.O. Box 5609
2220 Shadow Lake Drive                   215 Dean A. McGee Ave., 4th Floor          Greenville TX 75403-5609
Oklahoma City OK 73159-7440              Oklahoma City, OK 73102-3444


Ben L Young                              Dekovan L. Bowler                          John T. Hardeman
612 W Madison                            Bowler & Associates                        PO Box 1948
Crescent, OK 73028-8838                  8333 SE 15th St                            Oklahoma City, OK 73101-1948
                                         Midwest City, OK 73110-8145


Marsha Young
612 W. Madison
Crescent, OK 73028-8838
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Oklahoma Tax Commission                  IRS                                        PRESTIGE FINANCIAL SERVICES
Legal Division                           P.O. Box 21126                             1420 500 W
120 N Robinson Suite 2000W               Philadelphia PA 19114-0326                 Salt Lake City UT 84115
Oklahoma City, OK 73102-7801
```

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18