

**Dated: May 7, 2018**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

**BEN L YOUNG**
**MARSHA YOUNG**

      Debtors.

**Case No. 15-13543-JDL**
**Chapter 13**

### ORDER OF DISMISSAL FOR FAILURE TO PAY PLAN PAYMENTS

This matter comes on for consideration by this Court on the Motion to Dismiss filed by the Chapter 13 Trustee ("Trustee"). On April 18, 2018, the Motion to Dismiss was filed and served on all parties in interest pursuant to Local Rule 9007-1, and the last date for filing objections was May 2, 2018, which passed with no objections thereto being filed and served. Therefore, the granting of the Motion to Dismiss is appropriate.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss is granted and the case is hereby dismissed.

**All findings of fact are based upon representation of the Trustee.**

###

APPROVED FOR ENTRY:

s/John Hardeman

_____

John Hardeman
Chapter 13 Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel:  (405) 236-4843
Fax: (405) 236-1004

kaw